ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/1/2015 3:01:49 PM
DEBBIE AUTREY
CLERK

## 06-15-00064-CR

| | | | |
|---|---|---|---|
| **JONATHAN RAY SHEPHERD** | § | **IN THE SIXTH COURT OF** | |
| | § | | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| **vs.** | § | **APPEALS** | |
| | § | | 9/1/2015 3:01:49 PM |
| **STATE OF TEXAS** | § | **TEXAS** | DEBBIE AUTREY<br>Clerk |

### MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes , **JONATHAN RAY SHEPHERD** Appellant in the above styled matter, and brings this Motion to Substitute Counsel, requesting the Court grant permission for the Honorable Dwight A. Brannon and to substituted in by Russell Wilson II as attorney of record for Appellant in this cause, and in support thereof would show:

1. Mr. Brannon was previously appointed by the Court to represent Mr. Shepherd on appeal because Mr. Shepherd is indigent.

2. Russell Wilson II has been retained to represent Mr. Shepherd on his direct appeal. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

**WHEREFORE, PREMISES CONSIDERED, JONATHAN RAY SHEPHERD** prays that the Court enter an order allowing prior counsel to withdraw from representing Defendant and to substitute Russell Wilson II as attorney of record in this cause.

**MOTION TO SUBSTITUTE COUNSEL**

Respectfully submitted,

The Law Office of Russell Wilson II
1910 Pacific Ave
Dallas, TX 75201
Tel: 4695730211
Fax: 972-704-2907

By:/S/ Russell Wilson II_____
    Russell Wilson II
    State Bar No. 00794870
    Attorney for **JONATHAN RAY SHEPHERD**

## CERTIFICATE OF SERVICE

This is to certify that on September 1, 2015, a true and correct copy of the above and foregoing document was served on the Upshur County District Attorney's Office, by email.

S/ Russell Wilson II_____
Russell Wilson II

## CERTIFICATE OF CONFERENCE

On September 1, 2015, I conferred with opposing counsel and was notified that counsel did not oppose this motion to substitute.

S/ Russell Wilson II_____
Russell Wilson II

**MOTION TO SUBSTITUTE COUNSEL**